# ELECTRONIC RECORD

COA #   05-14-01453-CR                     OFFENSE:  19.02

STYLE:  Jimmy Charles Johnson v. The State of Texas          COUNTY:  Dallas

COA DISPOSITION:  DISM          TRIAL COURT:  292nd Judicial District Court

DATE: 11/18/2014          Publish: NO   TC CASE #:   F95-72894-HV

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Jimmy Charles Johnson v. The State of Texas          CCA #:   103-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: __03/18/2015__          SIGNED: _____   .   PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**